PATRICK J. MULLIGAN
THE MULLIGAN LAW FIRM
4514 Cole Ave. STE 300
Dallas, TX 75205
Telephone: (214) 219-9779
Facsimile: (214) 520-8789
Email: office@mulliganlaw.com

Attorney for Plaintiff, Carol Cox

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. [05-4493 CRB]<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Carol Cox,<br>　　　　　Plaintiff,<br>　　vs.<br>Pfizer Inc, et al.<br>　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Carol Cox, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  DATED: 9/9, 2009        THE MULLIGAN LAW FIRM

2
                           By: /s/
3                              Patrick J. Mulligan
                               Attorney for Plaintiff, Carol Cox
4

5  DATED: Oct. 22, 2009    DLA PIPER LLP (US)

6
                           By:      /s/
7                              Matt Holian
                               Attorneys for Defendants
8

9

10

11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13  Dated: OCT 2 8 2009

14                             Hon. Charles R. Breyer
                               United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Error! Unknown document property name.